**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER W.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:25-CV-00087-NCC** |
| | ) | |
| **FRANK BISIGNANO,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED** that Judgment is entered for Defendant Frank Bisignano, Commissioner of Social Security, and against Plaintiff Christopher W., and Plaintiff's Complaint (Doc. 1) is **DISMISSED, with prejudice**.

Dated this 22nd day of September, 2026.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE